

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00119-CR

Alfonso **ESTRADA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR1837
Honorable Kristina Escalona, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED April 17, 2024.

_____
Beth Watkins, Justice